UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JACK COHEN,<br><br>　　　　　　Defendant. | CASE NO. C04-332MJP<br><br>ORDER DENYING *IN FORMA PAUPERIS* APPLICATION |

Defendant submitted a request to proceed *in forma pauperis* ("IFP") on appeal, but failed to submit information sufficient for the Court to determine whether he qualified for IFP status. (*See* Dkt. 38.) By Minute Order dated June 9, 2005, the Court noted that, under Federal Rule of Appellate Procedure 24(a)(1), a party who desires to proceed IFP on appeal must submit an affidavit to the district court that "shows in the detail prescribed by Form 4 of the Appendix of Forms [to the Federal Rules of Appellate Procedure] the party's inability to pay or to give security for fees and costs." *Id*. The Court ordered defendant to complete and return an affidavit providing all of the information required by Form 4 within twenty days of the date of the Minute Order. *Id*. Because defendant failed to comply with that Order, his application to proceed IFP on appeal is hereby DENIED. This action shall proceed only if defendant pays the applicable filing fee and any other applicable fees within **thirty (30)** days after entry of this

ORDER
PAGE – 1

1  Order.

2  The Clerk shall send a copy of this Order to the parties and to the Hon. Marsha J.

3  Pechman.

4  DATED this 7th day of July, 2005.

7  /s/ MARY ALICE THEILER
United States Magistrate Judge

ORDER
PAGE – 2